MIED (Rev. 8/07) Notice of Correction

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

           Plaintiff(s),

v.

Scott Southerland, et al.

           Defendant(s).
_____/

Case No. 2:11-cr-20129

Judge  Robert H. Cleland

Magistrate Judge  Mark A. Randon

**NOTICE OF CORRECTION**

Docket entry number __660__, filed _____9/19/13_____, has been modified. The explanation for the correction is stated below.

- [✓] The docket entry was made on the wrong case.
- [ ] The corresponding document image was missing or incomplete.
- [ ] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed to include the Partial Payment Order.
- [ ] Other:

If you need further clarification or assistance, please contact ____D. Worth____ at __(810) 341-7840__.

DAVID J. WEAVER, CLERK OF COURT

Dated: September 19, 2013

s/D. Worth
Deputy Clerk