Wayne R. Werth #233196          November 26, 2013
Clare County Jail
255 W. Main St.
Harrison, MI 48625


Clerk of the Court
231 W. Lafayette
Detroit, MI 48226

**FILED**
DEC - 2 2013
CLERK'S OFFICE
DETROIT

Re: Case No. 11-20129
    WERTH, Wayne R   D.-35

Dear Clerk,

As the record will show, I am indigent, and the court has appointed me counsel. I am requesting some documents that are and may be in existence.

With the exception of Exhibit B (my personal exhibits, of course), I would like to obtain Exhibit A and any exhibits after my Exhibit B. I am not aware of what Exhibit A is and if there are any after B.

Also, I would like to obtain the transcripts from my bond hearing, and a copy of the governments proffer in support of request for detention pending trial — pertaining to me, of course.

I would also like to know if any exhibits are filed pertaining to me by the government.

If possible, I would like a list of the defendants' attorneys. As the record will address, I am receiving no help from my counsel; therefore, I request these items, as well as requesting them in forma pauperis pursuant to 18 U.S.C. § 3006A(e).

I thank you for your time and patience; have a nice day.

                                    Sincerely,
                                    Wayne R Werth

[Envelope scan]

Return address (upper left, sideways):
Carlos V. Walker #53314
Cass County Jail
355 West Main St
Harrison, MI 48625

Postmark: METROPLEX MI 480
27 NOV 2013 PM 16 L

Addressed to:
Clerk of the Court
231 W. Lafayette
Detroit, MI 48226

★ LEGAL MAIL ★

Stamps:
CLERK'S OFFICE DETROIT — DEC -2 2013
RECEIVED DEC 02 2013 CLERK'S OFFICE U.S. DISTRICT COURT

