UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


United States of America,

                  Plaintiff(s),

v.                                     Case No. 2:11–cr–20129–RHC–MAR
                                     Hon. Robert H. Cleland

Wayne Russell Werth,

                  Defendant(s).

_____


**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

              United States Court of Appeals for the Sixth Circuit
              Potter Stewart U.S. Courthouse
              100 East Fifth Street, Fifth Floor
              Cincinnati, OH   45202–3988

the defendant(s), and all attorneys of record, by electronic means or first class U.S. mail, on January 10, 2014.


                            DAVID J. WEAVER, CLERK OF COURT


                          By: s/ D. Worth_____
                              Deputy Clerk


Dated:  January 10, 2014