**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            Case No. 11-CR-20129-35

WAYNE R. WERTH,

    Defendant.

_____/

**ORDER DENYING WITHOUT PREJUDICE MOTION TO WITHDRAW AS COUNSEL**

On April 15, 2014, the court conducted a hearing on Attorney Jeffrey M. Day's "Motion to Withdraw as Counsel", in which he asks to withdraw as court-appointed counsel for Defendant Wayne R. Werth.  Government counsel was present for some of the hearing, and then, agreement, excused themselves for a portion of the hearing which occurred ex parte and will be sealed.  During the ex parte, sealed portion of the hearing, the court gave both Defendant and Mr. Day certain instructions and cautions regarding the roles of attorney and client in a criminal matter.  For the reasons more fully articulated on the record,

IT IS ORDERED that the motion to withdraw [Dkt. # 726] is DENIED WITHOUT PREJUDICE.  IT IS FURTHER ORDERED that the "Motion to Enjoin" [Dkt. # 732], filed *pro se* by Defendant Werth, is DENIED.  As has been explained to Defendant before, he cannot file motions while represented by counsel. [See, eg., Dkt. # 704].

                                          S/Robert H. Cleland
                                          ROBERT H. CLELAND
                                          UNITED STATES DISTRICT JUDGE

Dated:  April 16, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 16, 2014, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522