UNITED STATES OF AMERICA
In the EASTERN DISTRICT OF MICHIGAN
Southern Division

4

Wayne R. Welch,
    Petitioner

v.

UNITED STATES OF AMERICA,
    Respondent.

Case No: 11-20129

Judge Cleland

**FILED**

MAY 28 2014

CLERK'S OFFICE-DETROIT
U.S. DISTRICT COURT

## MOTION FOR LEGAL FILES
## FROM Corbett O'Meara's ESTATE

Now COMES THE PETITIONER, Wayne R. Welch, pro se, and respectfully moves this Honorable Court to file a summons to said attorney's estate for all documents pertaining to said Petitioner's supervised release hearing, (case NO 00-80581, referenced as 2:00-cr-80581-PDB on transcripts). In support of said petition, Petitioner states the following;

1. Petitioner has been requesting these documents, inter alia, for approximately 20 months, beginning with his first attorney, and over a year with his current attorney. He has requested them, inter alia, in many motions to this court and to Honorable Paul Borman's court as far back as his Omnibus Motion filed on March 19, 2013;

2. Petitioner was told by the U.S. Marshals a week ago that Mr. O'Meara has passed away approximately 5 months ago;

3. This discovery is directly related to false accusations ("bald faced lies" is a better term) and to Counts, sub judice, that Petitioner and others are innocent of and imperative to the case sub judice as a whole and to very anticipated other litigation;

1

4. Petitioner has repeatedly shown that this discovery is mandated in laws that govern this Court, both in this Court and Honorable Judge Batman's. See Exhibit A (Motion filed in Court);

5. In short, because of the blatant apathy of Petitioner's attorney, Jeffrey Day, the prosecution, and the Court's refusal to hear Petitioner's motions, he could very well have lost his right to access of the late Mr. O'Meara's files, a blatant long impending denial of Petitioner's 5th Amendment due process rights to the access of courts and discovery, discovery imperative to not only the Petitioner;

WHEREFORE, Petitioner respectfully requests this Honorable Court to grant the following:
 a) Issue process of summons to both preserve and obtain said documents;
 b) order all other parties to provide the same discovery that <u>is</u> in their possession;
 c) grant any other further relief this Court deems just and proper.

### Verification

I, Wayne R. Welch, do hereby state the foregoing is true and correct to the best of my knowledge and belief.

Dated: May 26, 2014

Respectfully submitted,
Wey R. Welch

2.

**RECEIVED**

MAY 28 2014

PAUL D. BORMAN
U.S. DISTRICT JUDGE

Wayne R. Welsh
Clare County Jail
255 W. Main St.
Harrison, MI 48625

May 26, 2014

Clerk of the Court
231 W. Lafayette
Detroit, MI 48226

**FILED**

MAY 28 2014

CLERK'S OFFICE-DETROIT
U.S. DISTRICT COURT

Re: Case No 11-20129

Sir/ma'am,

Enclosed are a motion for legal files from Corbett O'Meara's Estate with a supporting exhibit and a self-addressed pre-paid return envelope. Please file said motion, and please provide a copy of this or the motion stamped "filed" for my own records in the self-addressed envelope.

I thank you for your time and patience.

Respectfully,
Wayne R. Welsh

Harrison, MI 48625

Clerk of Honorable Judge Borman
Theodore Levin Court Building
231 W. Lafayette
Detroit, MI 48226

Metroplex MI 482 7ED
TUE 27 MAY 2014 PM

REC
MAY
PAUL D
U.S. DIST