3

Wayne R. Werth #233146   September 10, 2014
Clare County Jail
255 W. Main St.
Harrison, MI 48625

FILED
SEP 15 2014
CLERK'S OFFICE-DETROIT
U.S. DISTRICT COURT

Clerk of the Court
231 W. Lafayette
Detroit, MI 48026

Re: Pro Se Motions   Case No: 11-20129 D-35

Dear Clerk,

As you are probably aware, I have filed many documents in pro se, some dating back to the beginning of this case.

It is now my wish — AND THIS CAN VERY WELL BE CONSTRUED AS A MOTION TO DISMISS PRO SE MOTIONS AND DOCUMENTS — to remove all my pro se documents from the docket. Again, I do not wish to proceed in pro se, and I do not wish to leave these documents on the docket.

If possible, can you please apprise my attorney, Jeffrey Day, or me of any action taking with this request. I thank you for your time and patience; have a nice day.

Sincerely,
Wey R. Wth



METROPLEX MI 480
11 SEP 2014 PM 10 L

Clerk of the Court
231 W. Lafayette
Detroit, MI 48226

**FILED**
SEP 15 2014
CLERK'S OFFICE-DETROIT
U.S. DISTRICT COURT

C. Werth # 233141
Clare County Jail
255 W. Main St.
Harrison, MI 48625