UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WAYNE RUSSELL WERTH,

    Defendant.
    _____/

Criminal Case No. 11-cr-20129
Civil Case No.    18-cv-11067

### ORDER CLOSING CASE IN LIEU OF JUDGMENT

Pursuant to the court's order dated March 31, 2022, which denied Defendant's "Motion to Vacate Sentence Under 28 U.S.C. 2255" (ECF No. 2195), the issues in controversy have been resolved, and the instant matter is deemed closed. Accordingly,

IT IS ORDERED that the Clerk of the Court close the above-captioned case.[1]

    s/ Robert H. Cleland
    ROBERT H. CLELAND
    UNITED STATES DISTRICT JUDGE

Dated: March 31, 2022

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 31, 2022, by electronic and/or ordinary mail.

    s/Lisa Wagner
    Case Manager and Deputy Clerk
    (810) 292-6522

---

[1] The Federal Rules of Civil Procedure require that "[e]very judgment and amended judgment must be set forth on a separate document." Fed. R. Civ. P. 58(a)(1). This order constitutes such a separate document, and no other "judgment" will be filed.

S:\Cleland\Cleland\RMK\Criminal\15-20609.MCGINNIS.2255.RMK.closing.docx